Case Name: INFELISE, MARIA L.
Case No:     07-71343

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 11/8/07                    WILLIAM T. NEARY
                                     United States Trustee, Region 11

                              BY:   */s/ Carole J. Ryczek*
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee