IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>INFELISE, MARIA L | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71343 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number: xxx-xx-9120 | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

   on:   DECEMBER 10, 2007
   at:   1:00 PM

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | | 32.62 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $  0.00 | 1,935.50 | |
| BERNARD J. NATALE<br>Trustee | $  0.00 | 3,077.17 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                   $        23,271.71

      b. Disbursements                                              $_____0.00

      c. Net Cash Available for Distribution        $_____23,271.71

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $18,226.42, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $81,010.17, resulting in an approximate distribution of 22.50% to unsecured creditors, plus interest.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

       See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: October 18, 2007                  For the Court,

                                      By:/s/ BERNARD J NATALE

                                                    Trustee

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...343   Doc 36   Filed 11/14/07   Entered 11/17/07 14:37:22   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                 Page 1 of 1              Date Rcvd: Nov 14, 2007
Case: 07-71343                 Form ID: pdf002               Total Served: 28
```

The following entities were served by first class mail on Nov 16, 2007.
```
db            +Maria L Infelise,    PO Box 496,    Woodsock, IL 60098-0496
aty           +Scott A Bentley,    Law Office of Scott A. Bentley,    661 Ridgeview Drive,
                McHenry, IL 60050-7012
tr            +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
11396498      +AT&T Universal Card,    PO Box 688908,    Des Moines, IA 50368-8908
11396496      +Alliance One,   o/b/o Chase Bank,    3705 Quakerbridge Rd.,    Mercerville, NJ 08619-1288
11396497      +Alliance One,   o/b/o Chase bank,    PO Box 510987,    Liuonia MI 48151-6987
11396500       Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
11396499      +Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
11396501      +Blatt, Hasenmiller, Leisbker & Moore,    o/b/o Citibank,    125 S. Wacker Drive, Ste 400,
                Chicago, IL 60606-4440
11396502       Chase,   Cardmember Services,    PO BOX 15153,    Wilmington, DE 19886-5153
11396503      +Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
11522900       Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11396504      +Citicard,    PO Box 688917,    Des Moines, IA 50368-8917
11396505      +Client Services,    o/b/o Citicard,    3451 Harry Truman Blvd,    St Charles, MO 63301-4047
11396506      +Cunat Brothers,    5400 Elm Street,    McHenry, IL 60050-4008
11396508      +Frank Infelise,    3720 Doty Road,    Woodstock, IL 60098-7508
11396509       GE Money,    PO Box 960004,    Orlando, FL
11396510      +Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
11396511       Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50364-0500
11396512       JC Penny,    PO BOX 960001,    Orlando, FL 32896-0001
11484779      +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY REWARDS MASTERCARD,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11396513      +Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11396514      +United Collections Bureau,    o/b/o AT&T,    PO Box 140516,    Toldeo, OH 43614-0516
11396515      +Washington Mutual,    PO BOx 660487,    Dallas, TX 75266-0487
```

The following entities were served by electronic transmission on Nov 15, 2007.
```
11396499      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 15 2007 05:19:46      Bank of America,
                PO Box 15102,    Wilmington, DE 19886-5102
11396507       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2007 05:45:22      Discover Card,    PO BOX 30395,
                Salt Lake City, UT 84130-0395
11493469       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2007 05:45:22
                Discover Bank/DFS-Services,LLC,    PO Box 3025,    New Albany, OH 43054-3025
11640311       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11640312       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 16, 2007**               **Signature:**   _Joseph Speetjens_