# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> INFELISE, MARIA L <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 07-71343 MB <br><br> JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed.  *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.  *(With the exception of check numbers 103 and 108 which were voided.)

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: JANUARY 9, 2008                    /S/  BERNARD J NATALE
                                          BERNARD J. NATALE, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: January 15, 2008                    WILLIAM T NEARY
                                          United States Trustee

                                          By: _____
                                          Carole J Ryczek, Attorney for the U.S. Trustee